[Crim. No. 370. Fourth Appellate District.— September 21, 1938.]

## THE PEOPLE, Respondent, v. JOSE MARTINEZ et al., Appellants.

Raymond E. Hodge for Appellants.

U. S. Webb, Attorney-General, and Burdette J. Daniels, Deputy Attorney-General, for Respondent.

BARNARD, P. J.—The clerk's and reporter's transcripts were filed in this court on July 25, 1938. ▉ No briefs have been filed and no extension of time has been granted. The cause was on the calendar on September 20, 1938, and no appearance was made on behalf of the appellants. The motion made by the attorney-general for an affirmance of the judgment under section 1253 of the Penal Code will be granted.

The judgment is affirmed.

Marks, J., and Leonard, J., *pro tem.*, concurred.